1  John Lynn Smith (SBN 154657)
   Email: jlsmith@reedsmith.com
2  Julia C. Butler (SBN 199133)
   Email: Jbutler@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Defendants
   USA Waste Of California, Inc., Jay Ramos and
7  Felipe Melchor

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | No.: 5:12-CV-03283-LHK |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER** |
| vs. | |
| USA WASTE OF CALIFORNIA, INC., a Delaware corporation; JAY RAMOS, an individual; and FELIPE MELCHOR, an individual, | Honorable Lucy H. Koh |
| Defendants. | |

## **STIPULATION**

WHEREAS, November 7, 2012 is the current date by which the parties must make the initial disclosures required by Federal Rule of Civil Procedure 26;

WHEREAS, Defendants recently executed waivers of service of summons and their response to the Complaint is not due until December 21, 2012[1];

---

[1] Defendants have not yet entered a general appearance in this matter.

Case No. 5:12-CV-03283-LHK            – 1 –

1   WHEREAS, the parties believe additional time is necessary to make full and complete initial
2   disclosures; and
3
4   WHEREAS, the parties believe that full and complete initial disclosures can be made by
5   December 14, 2012;
6
7   NOW, THEREFORE, the parties, by their respective counsel, hereby stipulate that
8   December 14, 2012 shall be the new deadline for the parties to make the initial disclosures required
9   by Federal Rule of Civil Procedure 26.

DATED:  November 5, 2012

REED SMITH LLP

By___/s/ *Julia C. Butler*___
    Julia C. Butler
    Attorneys for Defendants
    USA Waste of California, Inc., Jay Ramos and
    Felipe Melchor

DATED:  November 5, 2012

LAW OFFICES OF ANDREW L. PACKARD

By___/s/ *Emily Brand*___
    Emily Brand
    (As authorized on November 5, 2012)
    Attorneys for Plaintiff
    California Sportfishing Protection Alliance

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 5:12-CV-03283-LHK         – 2 –
STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL
RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: November : , 2012

_____
Honorable Lucy H. Koh
United States District Judge

US_ACTIVE-111040464.1-JBUTLER