1  John Lynn Smith (SBN 154657)
   Email:  jlsmith@reedsmith.com
2  Julia C. Butler (SBN 199133)
   Email:  Jbutler@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Defendants
   USA Waste Of California, Inc., Jay Ramos and
7  Felipe Melchor

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | No.: 5:12-CV-03283-LHK |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER** |
| vs. | |
| USA WASTE OF CALIFORNIA, INC., a Delaware corporation; JAY RAMOS, an individual; and FELIPE MELCHOR, an individual, | Honorable Lucy H. Koh |
| Defendants. | |

## STIPULATION

20     WHEREAS, November 7, 2012 is the current date by which the parties must make the initial disclosures required by Federal Rule of Civil Procedure 26;

23     WHEREAS, Defendants recently executed waivers of service of summons and their response to the Complaint is not due until December 21, 2012[1];

---

[1] Defendants have not yet entered a general appearance in this matter.

Case No. 5:12-CV-03283-LHK                – 1 –
STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL
RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER

WHEREAS, the parties believe additional time is necessary to make full and complete initial disclosures; and

WHEREAS, the parties believe that full and complete initial disclosures can be made by December 14, 2012;

NOW, THEREFORE, the parties, by their respective counsel, hereby stipulate that December 14, 2012 shall be the new deadline for the parties to make the initial disclosures required by Federal Rule of Civil Procedure 26.

DATED:  November 5, 2012

REED SMITH LLP

By___/s/ *Julia C. Butler*_____
    Julia C. Butler
    Attorneys for Defendants
    USA Waste of California, Inc., Jay Ramos and
    Felipe Melchor

DATED:  November 5, 2012

LAW OFFICES OF ANDREW L. PACKARD

By___/s/ *Emily Brand*_____
    Emily Brand
    (As authorized on November 5, 2012)
    Attorneys for Plaintiff
    California Sportfishing Protection Alliance

Case No. 5:12-CV-03283-LHK     – 2 –

STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [~~PROPOSED~~] ORDER

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: November : , 2012

_____
Honorable Lucy H. Koh
United States District Judge

US_ACTIVE-111040464.1-JBUTLER

Case No. 5:12-CV-03283-LHK — 3 —

STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER