UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>                     Plaintiff,<br>   v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation; JAY RAMOS, an individual; and FELIPE MELCHOR, an individual,<br><br>                     Defendants. | Case No.: 12-CV-03283-LHK<br><br>ORDER RE STIPULATION FOR APPROVAL OF CONSENT AGREEMENT AND DISMISSAL OF PLAINTIFF'S CLAIMS |

On December 4, 2012, the Court received notice that the parties have reached settlement in this action and have executed a proposed consent agreement. *See* ECF No. 23. Pursuant to 33 U.S.C. § 1365(c), however, the settlement is contingent upon the expiration of the federal agencies' 45-day review period. Accordingly, the parties shall file a Stipulation for Approval of Consent Agreement and Dismissal of Plaintiff's Claims with Prejudice by February 13, 2013, or a Notice that the settlement is null and void.

**IT IS SO ORDERED.**

Dated: December 4, 2012

                                                                                _____<br>
                                                                                LUCY H. KOH<br>
                                                                                United States District Judge