UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation; JAY RAMOS, an individual; and FELIPE MELCHOR, an individual,<br><br>Defendants. | Case No. 12-CV-03283-LHK<br><br>**ORDER TO FILE JOINT SETTLEMENT STATUS UPDATE** |

On February 19, 2015, Plaintiff filed a Motion to Enforce and Modify Consent Agreement. ECF No. 28. That motion was fully briefed and set for hearing on June 18, 2015.

On June 12, 2015, the parties notified the Court via stipulation that "the parties were able to reach a resolution of all of the issues raised in Plaintiff's motion, in the form of a First Amended Consent Agreement." ECF No. 36 at 1. As a result, the parties requested that the Court continue the hearing date on Plaintiff's pending motion because "the First Amended Consent Agreement is subject to a 45 day statutory review period by the EPA and DOJ." *Id.* at 2. On June 12, 2015, the Court granted the parties' request and continued the hearing date to August 27, 2015.

1

Case No. 12-CV-03283-LHK
ORDER TO FILE JOINT SETTLEMENT STATUS UPDATE

1  ECF No. 37.

2  Forty-five days from June 12, 2015, have since elapsed, and the Court has received no
3  update from the parties. Accordingly, the Court hereby ORDERS the parties to file a joint
4  settlement status update by Friday, August 7, 2015.

5  **IT IS SO ORDERED.**

7  Dated: August 5, 2015

8  _____
   LUCY H. KOH
9  United States District Judge